THE STATE EX REL. JONES, APPELLANT, *v.* BRADSHAW,
WARDEN, ET AL., APPELLEES.

[Cite as *State ex rel. Jones v. Bradshaw,*
123 Ohio St.3d 444, 2009-Ohio-5586.]

(No. 2009–0958—Submitted October 20, 2009—Decided October 28, 2009.)

**Per Curiam.**

{¶ 1} We affirm the judgment dismissing the petition of appellant, Shigali Jones, for writs of habeas corpus and mandamus to compel his release from prison. Jones's habeas corpus claim is fatally defective and subject to dismissal because he did not attach copies of all of his pertinent commitment papers. *Knowles v. Voorhies,* 121 Ohio St.3d 271, 2009-Ohio-1109, 903 N.E.2d 637. Jones's mandamus claim lacks merit because it is not the appropriate action to seek release from prison. *State ex rel. Gordon v. Murphy,* 112 Ohio St.3d 329, 2006-Ohio-6572, 859 N.E.2d 928, ¶ 5.

Judgment affirmed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals and grant the writ.

Paul Mancino Jr., for appellant.

Richard Cordray, Attorney General, and Stephanie Watson, Assistant Attorney General, for appellees.